# EXHIBIT 4

# Matt Kezhaya

| | |
|---|---|
| **From:** | City of Boston <CityofBoston@govqa.us> |
| **Sent:** | Wednesday, February 7, 2024 4:07 PM |
| **To:** | Matt Kezhaya |
| **Subject:** | City Public Records Request :: R000620-020724 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Matt Kezhaya,

Thank you for your interest in public records of City of Boston. Your request has been received and is being processed. Your request was received in this office on 2/7/2024 5:06:16 PM and given the reference number R000620-020724 for tracking purposes.

All applications from May 1, 2022 to present to raise a flag pursuant to Ordinance § 1-3A.3(b); all mayoral proclamations to fly any granted applications; all city council resolutions to fly any granted applications; all bills of sale or like conveyances for flags on said granted applications; all communications pertaining to the consideration or denial of said applications; and all documents evidencing the legislative history of Ordinance § 1-3A / Ord. 2022 c. 6 (including without limitation, a revision history of the ordinance, any meeting minutes or other notes reflecting discussion of same, and a list of author(s) of the ordinance)

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Public Records Center.

Director of Public Records
Records Access Officer
City of Boston

Track the issue status and respond at:
https://bostonma.govqa.us/WEBAPP/_rs/RequestEdit.aspx?rid=29679