# EXHIBIT 5

# Matt Kezhaya

| | |
|---|---|
| **From:** | Matt Kezhaya |
| **Sent:** | Monday, March 18, 2024 5:43 PM |
| **To:** | City of Boston; Bianca.crockett@boston.gov |
| **Subject:** | RE: City Public Records Request :: R000620-020724 |
| **Attachments:** | 2024 02 07 original request.pdf; 2024 02 23 15-day extension.pdf |

Good evening,

Pursuant to the encouragement of the frequently asked questions on the public records center, I am following up on the status of this request. On February 23, Attorney Bianca Crockett invoked a 15-business day extension. By my calculation, the extended deadline for a response or objection was March 15, 2024. Although that date has elapsed, I have received neither response nor objection and a review of the public records center shows nothing since the February 24 extension.

Please let me know the status of the request, or if I can provide anything further. If I don't hear back by end of week, I will assume that no response is forthcoming and will pursue an appeal to the Supervisor pursuant to 950 CMR 32.08.

Matt Kezhaya
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(479) 431-6112
matt@kezhaya.law

> **From:** City of Boston <CityofBoston@govqa.us>
> **Sent:** Friday, February 23, 2024 11:49 AM
> **To:** Matt Kezhaya <matt@kezhaya.law>
> **Subject:** City Public Records Request :: R000620-020724
>
> --- Please respond above this line ---
>
> 02/23/2024
>
> RE: PUBLIC RECORDS REQUEST of February 07, 2024., Reference # R000620-020724
>
> Dear Matt Kezhaya:
>
> The City of Boston (City) has received your request for public records. This response applies only to records that exist and are in the custody of the City. See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115. It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests. 950 CMR 32.04(5). Specifically, you stated:
>
>> *All applications from May 1, 2022 to present to raise a flag pursuant to Ordinance § 1-3A.3(b); all mayoral proclamations to fly any granted applications; all city council resolutions to fly any granted applications; all bills of sale or like conveyances for flags on said granted applications; all communications pertaining to the consideration or denial of said applications; and all documents evidencing the legislative history of Ordinance § 1-3A / Ord. 2022 c. 6 (including without limitation, a revision history of the ordinance, any meeting minutes or other notes reflecting discussion of same, and a list of author(s) of the ordinance)*

A response to a public records request must be provided within ten (10) business days from the business day a written request was received.  G. L. c. 66, § 10 (a); 950 CMR 32.06(2)(b).  The public records law permits a response time of up to twenty-five (25) business days from the business day a written request is received, so long as a detailed explanation is provided.  G. L. c. 66, § 10(b)(vi); 950 CMR 32.06(2)(i).

Due to the nature of your request additional time is needed. As such, the City will need up to, but no more than, fifteen (15) additional business days to review and process your request.

**Bianca V. Crockett, Esq.**
Assistant Corporation Counsel
City of Boston
One City Hall Square
Boston, MA 02201
Bianca.crockett@boston.gov

---

To monitor the progress or update this request please log into the Public Records Center.