# EXHIBIT 7

# Matt Kezhaya

| | |
|---|---|
| **From:** | City of Boston <CityofBoston@govqa.us> |
| **Sent:** | Monday, June 3, 2024 4:05 PM |
| **To:** | Matt Kezhaya |
| **Cc:** | manza.arthur@sec.state.ma.us |
| **Subject:** | City Public Records Request :: R000620-020724 |

--- Please respond above this line ---

06/03/2024

RE: PUBLIC RECORDS REQUEST of February 07, 2024, Reference # R000620-020724

Dear Matt Kezhaya:

The City of Boston (City) has received your request for public records. This response applies only to records that exist and are in the custody of the City. See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115. It is expected that a custodian of records must use her superior knowledge of her records concerning responses to public records requests. 950 CMR 32.04(5). Specifically, you stated:

> *All applications from May 1, 2022 to present to raise a flag pursuant to Ordinance § 1-3A.3(b); all mayoral proclamations to fly any granted applications; all city council resolutions to fly any granted applications; all bills of sale or like conveyances for flags on said granted applications; all communications pertaining to the consideration or denial of said applications; and all documents evidencing the legislative history of Ordinance § 1-3A / Ord. 2022 c. 6 (including without limitation, a revision history of the ordinance, any meeting minutes or other notes reflecting discussion of same, and a list of author(s) of the ordinance)*
>
> *[SPR24/0925]*

In reviewing this request I contacted the Compliance Director/Staff Counsel for the Boston City Council. The City of Boston does not take applications to raise a flag, so no records are responsive to the portions of your request related to a permit process. As to the portion of your request seeking records related to the legislative history of the ordinance, the records responsive to this request have been released to the Public Records Center. Click the link below to log in to the Records Center.

City Public Records Request - R000620-020724

Yours truly,

Shawn A. Williams, Esq.
Director of Public Records

To monitor the progress or update this request please log into the Public Records Center.