UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE SATANIC TEMPLE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, and MAYOR MICHELLE WU, in her official capacity,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:25-CV-11024-AK |

**THE CITY OF BOSTON'S ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT IN ORDER TO HOLD L.R. 7.1 CONFERENCE**

The City of Boston and Mayor Michelle Wu, in her official capacity (together, the "City"), move pursuant to Rule 6(b)(1)(A) to extend the time to file a response to the Complaint of the Satanic Temple, Inc. ("TST") by three business days, until **May 21, 2025**. TST agreed to the extension and assents to this motion. As grounds for its motion, the City states as follows:

1.　TST filed its Complaint on April 23, 2025.

2.　Service was made upon the City Clerk on April 25, 2025. As a result, the City's response to the Complaint was due on May 16, 2025.

3.　On the morning of May 14, 2025, the City contacted counsel for TST requesting a Local Rule 7.1 conference for a motion to dismiss before the deadline. The City's motion is complete and the City is prepared to file it with the Court.

4.　Counsel for TST informed counsel for the City that they were not available before the deadline for a conference on the motion. TST's counsel further indicated that they would be available the following week, and offered to agree to an extension and assent to a motion to extend.

5.  The parties agreed to hold the L.R. 7.1 on Monday, May 19, 2025.

6.  The parties also agreed to extend the time to respond to the Complaint until Wednesday, May 21, 2025.  If the L.R. 7.1. conference does not result in an agreement to withdraw or amend the Complaint the City will file the motion to dismiss by that date.  If after the conference TST intends to move to amend, the parties will update the Court accordingly.

7.  There is good cause for the motion.  The parties wish to hold the Rule 7.1 conference to see if any of the issues raised by the motion can be resolved.

**WHEREFORE**, the City respectfully requests that this Honorable Court grant this assented-to motion, extend the deadline to respond to the Complaint until May 21, 2025, and grant such other and further relief as it deems just and proper.

Dated:  May 16, 2025

Respectfully submitted,
**THE CITY OF BOSTON and MAYOR MICHELLE WU, in her official capacity,**

By their attorney:

ADAM CEDERBAUM
Corporation Counsel

/s/ Edward F. Whitesell, Jr.
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045 (EFW)
edward.whitesell@boston.gov

**Certificate of Compliance with Local Rule 7.1(a)(2)**

    I, Edward F. Whitesell, Jr., hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for the parties conferred by email on May 15, 2025 and May 16, 2025 and counsel for Plaintiff assented to this motion.

                                              /s/ Edward F. Whitesell, Jr.
                                              Edward F. Whitesell, Jr.


**Certificate of Service**

    I, Edward F. Whitesell, Jr., hereby certify that on May 16, 2025, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

                                              /s/ Edward F. Whitesell, Jr.
                                              Edward F. Whitesell, Jr.