AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| The Satanic Temple, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11024-AK |
| City of Boston, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Boston and Michelle Wu.

Date:  05/21/2025

*Attorney's signature*

Katherine Aubuchon-Jones (BBO#705490)
*Printed name and bar number*
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201

*Address*

katherine.aubuchonjones@boston.gov
*E-mail address*

(617) 635-2902
*Telephone number*

*FAX number*

Print   Save As...                                                Reset

**Certificate of Service**

I hereby certify that on May 22, 2025 a true and accurate copy of the foregoing document was served upon the attorney of record for the Plaintiff through the Court's CM/ECF system and that paper copies will be sent to any parties identified as non-registered participants.

*/s/ Katherine H. Aubuchon-Jones*
Katherine H. Aubuchon-Jones
