✎AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE **April 24, 2025** |
| NAME OF SERVER *(PRINT)* **Matt Kezhaya** | TITLE **Attorney for Plaintiff** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **via FedEx (tracking nos. 880788831361 and 880789254443) dated April 24, 2025 and by certified mail (tracking nos 9589 0710 5270 2464 5890 98 and 9589 0710 5270 2464 5891 11) dated April 25, 2025**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  n/a | SERVICES  $78.76 | TOTAL  $78.76 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **June 10, 2025**          *[signature]*
                   Date                           *Signature of Server*

                                        **150 S. Fifth St., Suite 1850, Minneapolis, MN 55402**
                                                    *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.