UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-11024-AK

| | |
|---|---|
| The Satanic Temple, Inc.,<br>*Plaintiff* | )<br>)<br>) |
| vs. | )<br>) |
| City of Boston,<br>*Defendant*, | )<br>)<br>) |
| Michelle Wu, in her official capacity,<br>*Defendant*. | )<br>)<br>)<br>)<br>) |

MOTION FOR *PRO HAC VICE* ADMITTANCE

**NOW COMES** the Plaintiff, The Satanic Temple, Inc. (the "Movant"), by and through its counsel, Nicholas P. Shapiro, BBO # 673490, of Phillips & Angley, on motion for leave to admit Matt Kezhaya to appear and practice in this Court for this particular case, pursuant to LR 83.5.3.

In support of the motion, Matt Kezhaya affirms that he will abide by the Local Rules of the U.S. District Court for the District of Massachusetts and to the jurisdiction of the Court in matters of discipline, and that he has retained undersigned counsel as local counsel. Nicholas P. Shapiro has independently verified the bar admission status of Matt Kezhaya.

**WHEREFORE**, the Movant prays that this Honorable Court allow this motion, admit Matt Kezhaya *pro hac vice*, and grant such further or other relief that it deems just and proper.

– 2 –

|  |  |
|---|---|
| Date: June 12, 2025 | THE PLAINTIFF,<br>THE SATANIC TEMPLE, INC.,<br><br>By its attorneys,<br><br>*/s/ Nicholas P. Shapiro*<br>Nicholas P. Shapiro<br>BBO# 673490<br>nshapiro@phillips-angley.com<br>Robert K. Hopkins<br>BBO# 685714<br>rhopkins@phillips-angley.com<br>Alexandria K. Castaldo<br>BBO# 699014<br>acastaldo@phillips-angley.com<br>PHILLIPS & ANGLEY<br>One Washington Mall<br>Boston, Massachusetts 02108<br>Tel.: (617) 367-8787/Fax: (617) 227-8992 |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-11024-AK

The Satanic Temple, Inc.,
    *Plaintiff*

vs.

City of Boston,
    *Defendant*,

Michelle Wu, in her official capacity,
    *Defendant*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

EXHIBIT 1 – DECLARATION OF MATT KEZHAYA

I, Matt Kezhaya, declare as follows under penalty of perjury under Massachusetts law.

1. *Identity*. I am Matt Kezhaya, general counsel for The Satanic Temple, Inc.

2. *Qualifications as witness*. I am an adult of sound mind with no felonies.

3. *Purpose*. This declaration supports Mr. Shapiro's motion for my *pro hac vice* admission.

4. *Admissions to practice*. I am admitted to practice before the State courts of Arkansas (admitted on September 10, 2014), and Minnesota (admitted on December 21, 2020). I am also admitted to practice before the United States District Courts for the Eastern and Western Districts of Arkansas and the District of Minnesota; as well as the United States Courts of Appeals for the First, Second, Fourth, Fifth, Eighth, and Ninth Circuits.

5. *No pending disciplinary proceedings*. I am not the subject of disciplinary proceedings

   pending in any jurisdiction in which I am a member of the bar.

6. *No revocations*.  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. *Agreement to comply with Local Rules*.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I make the foregoing statements under penalty of perjury under Massachusetts law.

**FURTHER YOUR AFFIANT SAYETH NOT**.

*[signature]*

Matt Kezhaya

Executed in Hennepin County, Minnesota on June 12, 2025.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2025.

                                                        */s/ Nicholas P. Shapiro*
                                                        Nicholas P. Shapiro