UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:25-cv-11024-AK

**THE SATANIC TEMPLE, INC.,**

    **Plaintiff,**

v.

**CITY OF BOSTON,**

    **Defendant.**

## LOCAL RULE 16.1 JOINT STATEMENT

The City of Boston and The Satanic Temple, Inc, submit this Local Rule 16.1 Joint Statement to propose, pursuant to this Court's Notice of Scheduling Conference dated February 2, 2026, the mutually-agreed upon scheduling order attached hereto as **Exhibit A**.

Respectfully submitted,

| | |
|---|---|
| **THE SATANIC TEMPLE, INC** <br> By their attorney: | **CITY OF BOSTON** <br> By their attorney: <br><br> MICHAEL FIRESTONE <br> Corporation Counsel |
| /s/ Matt Kezhaya <br> Matt Kezhaya (MN# 0402193), *pro hac vice* <br> Kezhaya Law PLC <br> 150 S. Fifth Street <br> Suite 1850 <br> Minneapolis, MN 55402 <br> 479-431-6112 <br> matt@kezhaya.law | /s/ Edward F. Whitesell, Jr. <br> Edward F. Whitesell, Jr. (BBO#644331) <br> Senior Assistant Corporation Counsel <br> Katherine Aubuchon-Jones (BBO#705490) <br> Senior Assistant Corporation Counsel <br> City of Boston Law Department <br> Room 615, City Hall <br> Boston, MA 02201 <br> (617) 635-4045 (EFW) <br> (617) 635-2902 (KA-J) <br> edward.whitesell@boston.gov <br> katherine.aubuchonjones@boston.gov |

Nicholas P. Shapiro
BBO# 673490
nshapiro@phillips-angley.com
Robert K. Hopkins
BBO# 685714
rhopkins@phillips-angley.com
Alexandria K. Castaldo
BBO# 699014
acastaldo@phillips-angley.com
PHILLIPS & ANGLEY
One Washington Mall
Boston, Massachusetts 02108
Tel.: (617) 367-8787/Fax: (617) 227-8992


Dated: March 3, 2026


## Certificate of Service

I, Edward F. Whitesell, Jr., hereby certify that on March 3, 2026, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Edward F. Whitesell, Jr.
Edward F. Whitesell, Jr.