UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-11024AK

| | |
|---|---|
| The Satanic Temple, Inc.,<br>*Plaintiff*<br><br>vs.<br><br>City of Boston,<br>*Defendant*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Taylor N. Lee of the law firm of Lawson and Weitzen on behalf of the Plaintiff, The Satanic Temple, Inc. in the above captured matter. Thank you.

Respectfully submitted,

Dated: March 16, 2026

*/s/ Taylor N. Lee*
(*Joseph F. Konopka by auth*.)
Taylor N. Lee
B.B.O. #709392
TLee@Lawson-Weitzen.com
Lawson & Weitzen LLP
88 Black Falcon Ave.
Suite 345
Boston, MA 02210
(617) 439-4990

– 3 –

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing on all parties or their counsel of record by email this 16th day of March, 2026.

                                                 */s/ Joseph F. Konopka*
                                                Joseph F. Konopka, Esq.