UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-11024AK

|  |  |
|---|---|
| The Satanic Temple, Inc.,<br>*Plaintiff*<br><br>vs.<br><br>City of Boston,<br>*Defendant*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearances of the undersigned attorneys of the law firm of Phillips &

Angley on behalf of the Plaintiff, The Satanic Temple, Inc., in the above captioned matter. Thank

you.

– 2 –

Date:   March 16, 2026

PLAINTIFF,
By its attorneys,


*/s/ Nicholas P. Shapiro*
Nicholas P. Shapiro, Esq.
B.B.O. #673490
nshapiro@phillips-angley.com
Robert K. Hopkins, Esq.
B.B.O. #685714
rhopkins@phillips-angley.com
Alexandria K. Castaldo, Esq.
B.B.O. #699014
acastaldo@phillips-angley.com
Joseph F. Konopka, Esq.
B.B.O. #713297
jkonopka@phillips-angley.com
Madison C. Myers, Esq.
B.B.O. #716727
mmyers@phillips-angley.com
Emily A. Pothier, Esq.
B.B.O. #715614
epothier@phillips-angley.com
Phillips & Angley
One Washington Mall
Boston, MA 02108
(617) 367-8787

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing on all parties or their counsel of record by email this 16th day of March, 2026.

<u>/s/ Joseph F. Konopka</u>
Joseph F. Konopka, Esq.
