UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**THE SATANIC TEMPLE, INC.**

*Plaintiff*,

*vs.*

**CITY OF BOSTON,**

*Defendant*.

Case no:
1:25-CV-11024-AK

**JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

**COME NOW** the parties, by and through respective counsel of record, on joint motion to extend discovery by three months.

1. The parties' counsel have diligently pursued written discovery in this matter but additional time is needed to gather a comprehensive fact record.
2. The parties respectfully move this Court for a three-month extension for discovery.
3. The current discovery deadlines are:
   (a) Written discovery (requests for production of documents, interrogatories, and request for admissions) shall be served no later than October 16, 2026.
   (b) All depositions must be completed by December 18, 2026.
   (c) All discovery must be completed by December 18, 2026. The parties do not anticipate expert discovery.
4. The current dispositive motions deadlines are:
   (a) Defendant's motion for summary judgment must be filed by January 29, 2027. Defendant's memorandum of law is not to exceed twenty (20) pages.
   (b) Plaintiff's opposition to Defendant's summary judgment motion and/or cross motion for summary judgment must be filed by March 1, 2027. If Plaintiff files

a cross motion, Plaintiff shall file a single memorandum as both its opposition to Plaintiff's motion and memorandum in support of its cross-motion, not to exceed thirty (30) pages.

(c) Defendant's reply memoranda and opposition to Plaintiff's cross-motion must be filed by March 22, 2027. Defendant shall file a single memorandum as both its reply in support of its motion and its opposition to Plaintiff's cross-motion, not to exceed fifteen (15) pages.

(d) Plaintiff's reply memoranda must be filed by April 5, 2027. Plaintiff's reply memoranda shall not exceed five (5) pages.

(e) Sur-Reply memoranda are not permitted.

5. The parties' proposed discovery deadlines, as amended, are:

(a) Written discovery (requests for production of documents, interrogatories, and request for admissions) shall be served no later than **January 15, 2027**.

(b) The parties do not anticipate expert discovery.

(c) All depositions must be completed by **March 19, 2027**.

(d) All discovery must be completed by **March 19, 2027**.

6. The parties' proposed dispositive motions deadlines, as amended, are:

(a) Defendant's motion for summary judgment must be filed by **April 30, 2027**. Defendant's memorandum of law is not to exceed twenty (20) pages.

(b) Plaintiff's opposition to Defendant's summary judgment motion and/or cross motion for summary judgment must be filed by **May 31, 2027**. If Plaintiff files a cross motion, Plaintiff shall file a single memorandum as both its opposition to Plaintiff's motion and memorandum in support of its cross-motion, not to

exceed thirty (30) pages.

(c) Defendant's reply memoranda and opposition to Plaintiff's cross-motion must be filed by **June 21, 2027**. Defendant shall file a single memorandum as both its reply in support of its motion and its opposition to Plaintiff's cross-motion, not to exceed fifteen (15) pages.

(d) Plaintiff's reply memoranda must be filed by **July 5, 2027**. Plaintiff's reply memoranda shall not exceed five (5) pages.

(e) Sur-Reply memoranda are not permitted.

7. Additional time to complete discovery would aid this court in determining the issues by providing a comprehensive fact record.

**WHEREFORE** the Court should extend the discovery and dispositive motions deadlines by three months.

Respectfully submitted on October 21, 2026,

By: */s/ Matt Kezhaya*
Matt Kezhaya (MN # 0402193) (*phv*)
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (612) 276-2216
email: matt@kezhaya.law
*Attorney for The Satanic Temple, Inc.*

And: */s/ Edward F. Whitesell, Jr.*
Edward F. Whitesell, Jr. (BBO#644331)
Katherine Aubuchon-Jones (BBO#705490)
Address: City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
phone: (617) 635-4045 (EFW)
(617) 635-2902 (KA-J)
email: edward.whitesell@boston.gov
katherine.aubuchonjones@boston.gov
*Attorneys for the City of Boston*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record on October 21, 2026 via the Court's CM/ECF system. *s/Matt Kezhaya*