UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.**<br>*Plaintiff,*<br>*vs.*<br>**CITY OF BOSTON,**<br>*Defendant.* | Case no: 1:25-CV-11024-AK<br><br>**PLAINTIFF'S FIRST DISCOVERY REQUESTS** |

**COMES NOW** Plaintiff, by and through counsel of record, with first discovery requests pursuant to FRCP 26, 32, and 34.

## INSTRUCTIONS AND DEFINITIONS

1. "**TST**" means The Satanic Temple, Inc., the plaintiff in this action, and all persons acting on behalf of such party.

2. The "**City**" or "**Boston**" means the City of Boston, Massachusetts, the defendant in this action, and all persons acting on behalf of such party.

3. The "**Flag Pole Custom**" refers to the City's custom of raising non-City flags on one of the flagpoles outside Boston City Hall, as more fully addressed in *Shurtleff v. Boston*, 596 U.S. 243 (2022) and the complaint.

4. "**Communication**" means any manner of transmitting information by the written word. This includes without limitation: memoranda, emails, email attachments, text messages, SMS messages, iMessages, Teams messages, Slack messages, chat messages, Signal messages, WhatsApp messages, social-media direct messages, voicemail messages, and all similar forms of written communication whether paper or electronic.

5. "**Document**" means all materials and electronically stored information within the scope of FRCP 34. This includes without limitation: text messages of current employees, Teams chat logs, emails, calendar entries, task items, electronically stored files, metadata, writings, drawings, graphs, charts, photographs, sound recordings, images, and any other data or data compilations stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

6. "**Identify**," when used in reference to persons, is a request for the following information about each relevant person:
   (a) Full name;
   (b) Current or last known email address;
   (c) Current or last known physical address;
   (d) Current or last known telephone number; and
   (e) Current or last known employer.

7. "**Identify**," when used in reference to a document, is a request for the following information about the document; except when the information can be readily ascertained from the face of the document, in which event, it is sufficient to produce the document pursuant to FRCP 33(d):
   (a) A short description of the document (*e.g.*, its date, the name of addressee or addresses, the name or the signer or signers, the title or heading of the document, or other appropriate shorthand designation);
   (b) The identity of the persons to whom the original and all copies were sent;
   (c) The present or last known location of the original document, and each copy thereof (or custodians of the electronic data).

8. *Lost or destroyed documents.* If any document for which production or identification is sought was formerly in existence or in your possession, custody, or control, but either no longer exists or is no longer is within your possession, custody, or control, your response should state for each such document:
   (a) An identification of the document and its author and addressee,
   (b) The date and circumstances of the document's loss or destruction, and
   (c) The reason or justification for such loss or destruction.

9. *Privilege log*. If you refuse to provide documents in response to a request for production on the ground of privilege, please provide a privilege log which explains:
   (a) a statement of the nature and type of the document,
   (b) the general subject matter of the document,
   (c) a statement of the number of pages or units of the document,
   (d) the document's author,
   (e) all recipients of the document,
   (f) the date the document was created,
   (g) the original document's present location,
   (h) the present location of any copies of the document, and
   (i) all grounds of privilege claimed.

## PLAINTIFF'S FIRST DISCOVERY REQUESTS

**INTERROGATORY NUMBER 1**: Identify all individuals who were involved in the decision-making process to deny TST's application for use of the City's Flag Poles as described in the Complaint. For each such person, provide:

(a) their full name;
(b) their job title;
(c) their mailing address;
(d) their telephone number;
(e) their email address;
(f) what involvement they had in the decision to deny TST's application;
(g) whether they are currently employed by the City of Boston.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 1**: Produce all bills of sale or other legal conveyance documents for every flag acquired by the City of Boston in connection with a flag raising ceremony of a non-Boston Flag, as required by the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 2**: Produce all documents which reflect the date of acquisition, acquisition method, consideration paid, donor, transferee, and person approving the acquisition of any flag acquired by the City of Boston in connection with a flag raising ceremony of a non-Boston Flag, as required by the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 3**: Produce all emails and attachments from May 1, 2022 through December 31, 2022 referring or relating to any of the following search terms:

(a) TST
(b) The Satanic Temple
(c) satanic
(d) religious flag
(e) Shurtleff
(f) public forum
(g) government speech
(h) flag policy
(i) flagpole program
(j) Ordinance 1-3A
(k) City Hall Plaza flag.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 4**: Produce a copy of all City Council resolutions about the Flag Pole Custom from January 1, 2017 to the close of discovery. Without limiting the generality of the foregoing request, responsive documents should include: all resolutions which authorize the flying of a non-Boston flag, all resolutions which refer to the Flag Pole

Custom, all resolutions which accept ownership of a non-Boston flag for the purpose of flying it on one of the City Flag Poles, and all resolutions that refer or relate to the Flag Pole Custom.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 5**: Produce a copy of all Mayoral proclamations about the Flag Pole Custom from January 1, 2017 to the close of discovery. Without limiting the generality of the foregoing request, responsive documents should include: all proclamations which authorize the flying of a non-Boston flag, all proclamations which refer to the Flag Pole Custom, all proclamations which accept ownership of a non-Boston flag for the purpose of flying it on one of the City Flag Poles, and all proclamations that refer or relate to the Flag Pole Custom.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 6**: Produce a copy of the City of Boston press release titled "City of Boston Files Ordinance to Update Flag Raising Policy," dated August 2, 2022.

**ANSWER**:

**INTERROGATORY NUMBER 2**: Identify all individuals who participated in, contributed to, reviewed, commented upon, edited, approved, supervised, researched, analyzed, or otherwise had any involvement in the drafting of the City of Boston press release titled "City of Boston Files Ordinance to Update Flag Raising Policy," dated August 2, 2022.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 7:** Produce all drafts, revisions, redlines, tracked-change versions, comments, version histories, and collaboratively edited documents which culminated in the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza.

**ANSWER:**

**INTERROGATORY NUMBER 3**: Identify all individuals who participated in, contributed to, reviewed, commented upon, edited, approved, supervised, researched, analyzed, or otherwise had any involvement in the drafting or revision of the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza filed by members of the City Council. For each such person, state:

(a) their full name;
(b) their job title;
(c) their mailing address;
(d) their telephone number;
(e) their email address;
(f) whether they are currently employed by the City of Boston; and
(g) a detailed description of the person's involvement in the ordinance.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 8**: Produce all documents and electronically stored information concerning the drafting, revision, review, analysis, or implementation of Boston Ordinance 1-3A Display of Flags on City Hall Plaza. Without limiting the generality of the foregoing, responsive documents should include all communications with persons outside City of Boston government concerning the ordinance, including: advocacy organizations, religious organizations, nonprofit organizations, consultants, lobbyists, and members of the public.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 9:** Produce a copy of the final version of the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza, *i.e.*, as passed by the City Council on August 10, 2022 and approved by the Mayor on August 11, 2022;

**ANSWER:**

**INTERROGATORY NUMBER 4**: Identify all flag raisings that have occurred from January 1, 2005 to present. For each flag raising, state the date of the flag raising ceremony and the occasion commemorated by the flag raising ceremony.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 10**: Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on October 18, 2021.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 11**: Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on October 19, 2021.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 12**: Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on October 20, 2021.

**ANSWER**:

**Request for Production Number 13**: Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on May 1, 2022.

**Answer**:

**Request for Production Number 14**: Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on May 2, 2022.

**Answer**:

**Request for Production Number 15**: Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on May 3, 2022.

**Answer**:

**Request for Production Number 16**: Produce an electronic export of all records maintained in any City of Boston event-management, property-management, permitting, scheduling, reservation, or event-application database that correspond to the report produced in *Shurtleff v. City of Boston*, No. 1:18-cv-11417-DJC as Bates Nos. COB018275–COB018368 and marked as Depo. Rooney, Exhibit 29 (filed as Doc. 58-29 on 07/08/2019).

The production should include all event records contained in the database from July 16, 2018 through the date of production and, if it cannot be produced in PDF format printable on 8.5" x 11" white paper, should be produced in any electronic format which does not require specialized software to use. For each event record, further produce all electronically stored information (including fields, metadata, and collateral documents) about the following:

(a) Event ID or unique identifier;
(b) Event title;
(c) Event description;
(d) Applicant name;
(e) Sponsoring organization;
(f) Contact information;
(g) Submission date;
(h) Approval date;
(i) Event date(s);
(j) Start and end times;
(k) Event location;

(l) Event category or type;
(m) Whether the event included a flag raising;
(n) Whether the event was approved, denied, cancelled, withdrawn, or pending;
(o) Any grant, fee waiver, permit, or financial assistance designation;
(p) All notes, comments, status fields, and internal tracking fields associated with the event;
(q) The identity of City personnel who created, modified, reviewed, approved, or denied the event record; and
(r) The dates and times of any creation or modification of the record.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 17**: Produce all reports, exports, queries, dashboards, spreadsheets, or compilations generated from the database identified in the report produced in *Shurtleff v. City of Boston*, No. 1:18-cv-11417-DJC as Bates Nos. COB018275–COB018368 and marked as Depo. Rooney, Exhibit 29 (filed as Doc. 58-29 on 07/08/2019), including any report that lists events entered into the database, from July 16, 2018 to the present.

**ANSWER**:

**INTERROGATORY NUMBER 5**: Identify each database, software application, or information system used by the City from July 16, 2018 to the present to track, process, schedule, approve, deny, manage, or record applications for events, flag raisings, use of City Hall Plaza, use of Faneuil Hall, or similar public events, and for each such system identify:
(a) the vendor and software name;
(b) the dates of use;
(c) whether it replaced a prior system;
(d) the location of stored data; and
(e) whether reports can be generated from the system which are equivalent to the one produced in *Shurtleff v. City of Boston*, No. 1:18-cv-11417-DJC as Bates Nos. COB018275–COB018368 and marked as Depo. Rooney, Exhibit 29 (filed as Doc. 58-29 on 07/08/2019).

**ANSWER**:

**INTERROGATORY NUMBER 6**: Identify all persons who participated in, recommended, approved, directed, or implemented the decision to suspend, close, discontinue, place on hold, or otherwise cease operation of the City Hall flagpole program following the Supreme Court's decision in *Shurtleff v. City of Boston*. For each such person, state:
(a) their full name;
(b) their job title;
(c) their mailing address;
(d) their telephone number;
(e) their email address;

(f) whether they are currently employed by the City of Boston; and
(g) a detailed description of the person's involvement in the ordinance.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 18**: Produce all documents and communications concerning the decision to suspend, place on hold, discontinue, close, modify, replace, or otherwise alter the City Hall flagpole program following the Supreme Court's decision in *Shurtleff v. City of Boston*.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 19**: Produce all nonprivileged documents referring or relating to the City's decision to make the City Flagpoles operate as government speech rather than a public forum following *Shurtleff*.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 20**: Produce all communications from May 1, 2022 through August 11, 2022 that mention or refer to:

(a) TST;
(b) The Satanic Temple;
(c) Shurtleff;
(d) satanic flags;
(e) religious flags;
(f) closing the flagpole program;
(g) suspending flag raisings;
(h) public forum;
(i) government speech; or
(j) Ordinance § 1-3A.

**ANSWER**:

**INTERROGATORY NUMBER 7**: Identify every alternative policy, procedure, ordinance, rule, or course of action considered by the City in following the Supreme Court's decision in *Shurtleff*. Further state why each alternative was accepted or rejected and who, all participated in the decision-making process. For each such person, state:

(a) their full name;
(b) their job title;
(c) their mailing address;
(d) their telephone number;
(e) their email address;
(f) whether they are currently employed by the City of Boston; and
(g) a description of the person's involvement in the decision relating to the alternative.

**ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 21**: Produce all communications between May 2, 2022 and May 10, 2022 concerning:

(a) the Supreme Court's decision in *Shurtleff*;

(b) suspension of the City Hall flagpole program; or

(c) requests to fly flags following Shurtleff.

**ANSWER**:

**INTERROGATORY NUMBER 8**: Identify every custodian whose documents or electronically stored information was searched in responding to these discovery requests.

**ANSWER**:

Respectfully submitted on July 2, 2026,

By: */s/ Matt Kezhaya*

Matt Kezhaya (MN # 0402193) (*phv*)
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (612) 276-2216
email: matt@kezhaya.law
*Attorney for The Satanic Temple, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following by email dated July 2, 2026:

Edward Whitesell edward.whitesell@boston.gov
Nina Aubuchon-Jones katherine.jones@boston.gov

*s/Matt Kezhaya*