**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

THE SATANIC TEMPLE, INC.
Plaintiff,

v.

CITY OF BOSTON,
Defendant.

**C.A. No.: 1:25-cv-11024-AK**

## CITY OF BOSTON'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

The City of Boston ("The City") responds to the first requests for production of documents propounded by The Satanic Temple, Inc. ("TST" or the "Plaintiff") as follows.

**REQUEST FOR PRODUCTION 1:**
Produce all bills of sale or other legal conveyance documents for every flag acquired by the City of Boston in connection with a flag raising ceremony of a non-Boston Flag, as required by the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza.

**ANSWER TO REQUEST 1:**
Objection. The City objects to this request as it is not reasonably limited in time and scope. The City further objects on the grounds that this request is overly broad and unduly burdensome. Subject to, and without waving the foregoing objections, the City refers to the documents Bates stamped COB000251-COB000272 and COB000249-COB000250. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 2:**
Produce all documents which reflect the date of acquisition, acquisition method, consideration paid, donor, transferee, and person approving the acquisition of any flag acquired by the City of Boston in connection with a flag raising ceremony of a non-Boston Flag, as required by the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza

**ANSWER TO REQUEST 2:**
Objection. The City objects to this request as it is not reasonably limited in time and scope. The City further objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. The City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine. Subject to, and without waving the foregoing objections, the City refers to the documents Bates stamped COB000251-COB000272, and COB000248. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 3:**
Produce all emails and attachments from May 1, 2022 through December 31, 2022 referring or relating to any of the following search terms:

a. TST
b. The Satanic Temple
c. Satanic
d. religious flag
e. Shurtleff
f. public forum
g. government speech
h. flag policy
i. flagpole program
j. Ordinance 1-3A
k. City Hall Plaza flag.

**ANSWER TO REQUEST 3:**
Objection. The City objects to this request as it is not reasonably limited in scope. The City further objects on the grounds that this request is overly broad and unduly burdensome. The City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 4:**
Produce a copy of all City Council resolutions about the Flag Pole Custom from January 1, 2017 to the close of discovery. Without limiting the generality of the foregoing request, responsive documents should include: all resolutions which authorize the flying of a non-Boston flag, all resolutions which refer to the Flag Pole Custom, all resolutions which accept ownership of a non-Boston flag for the purpose of flying it on one of the City Flag Poles, and all resolutions that refer or relate to the Flag Pole Custom.

**ANSWER TO REQUEST 4:**
Objection. The City objects to this request as it is not reasonably limited in time and scope. Subject to, and without waiving the foregoing objections, the City refers to the following documents Bates numbered COB000001-COB000039, titled City Council Resolutions as well as the document Bates numbered COB000273-COB000285, titled City Council Resolution Doc. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 5:**
Produce a copy of all Mayoral proclamations about the Flag Pole Custom from January 1, 2017 to the close of discovery. Without limiting the generality of the foregoing request, responsive documents should include: all proclamations which authorize the flying of a non-Boston flag, all proclamations which refer to the Flag Pole Custom, all proclamations which accept ownership of a non-Boston flag for the purpose of flying it on one of the City Flag Poles, and all proclamations that refer or relate to the Flag Pole Custom.

**ANSWER TO REQUEST 5:**

Objection. The City objects to this request as it is not reasonably limited in time and scope. Subject to, and without waiving the foregoing objections, the City refers to the following documents Bates numbered COB000040-COB000220, titled Mayoral Proclamations and COB000241-COB000247. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 6:**

Produce a copy of the City of Boston press release titled "City of Boston Files Ordinance to Update Flag Raising Policy," dated August 2, 2022.

**ANSWER TO REQUEST 6:**

The City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 7:**

Produce all drafts, revisions, redlines, tracked-change versions, comments, version histories, and collaboratively edited documents which culminated in the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza.

**ANSWER TO REQUEST 7:**

Objection. The City objects to this request to the extent it seeks information protected by the attorney/client privilege and/or work product doctrine. The City objects to this request as it is overly broad and unduly burdensome. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 8:**

Produce all documents and electronically stored information concerning the drafting, revision, review, analysis, or implementation of Boston Ordinance 1-3A Display of Flags on City Hall Plaza. Without limiting the generality of the foregoing, responsive documents should include all communications with persons outside City of Boston government concerning the ordinance, including: advocacy organizations, religious organizations, nonprofit organizations, consultants, lobbyists, and members of the public.

**ANSWER TO REQUEST 8:**

Objection. The City objects to this request as it is not reasonably limited in time and scope. The City objects to this request to the extent that it is vague and ambiguous. The City further objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Further, the City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 9:**
Produce a copy of the final version of the City of Boston Ordinance 1-3A Display of Flags on City Hall Plaza, *i.e.*, as passed by the City Council on August 10, 2022 and approved by the Mayor on August 11, 2022;

**ANSWER TO REQUEST 9:**
The City refers to City Ordinance 1-3A, Bates numbered COB000221-COB000222.

**REQUEST FOR PRODUCTION 10:**
Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on October 18, 2021.

**ANSWER TO REQUEST 10:**
Objection. The City objects to this request as it is unduly burdensome. The City object to this request on the grounds that it is not relevant and is not proportional to the needs of the case. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 11:**
Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on October 19, 2021.

**ANSWER TO REQUEST 11:**
Objection. The City objects to this request as it is unduly burdensome. The City object to this request on the grounds that it is not relevant and is not proportional to the needs of the case. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 12:**
Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on October 20, 2021.

**ANSWER TO REQUEST 12:**
Objection. The City objects to this request as it is unduly burdensome. The City object to this request on the grounds that it is not relevant and is not proportional to the needs of the case. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 13:**
Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on May 1, 2022.

**ANSWER TO REQUEST 13:**
Objection. The City objects to this request as it is unduly burdensome. The City object to this request on the grounds that it is not relevant and is not proportional to the needs of the case. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 14:**
Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on May 2, 2022.

**ANSWER TO REQUEST 14:**
Objection. The City objects to this request as it is unduly burdensome. The City object to this request on the grounds that it is not relevant and is not proportional to the needs of the case. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 15:**
Produce an archive of the webpage *How to hold an event near City Hall* (currently available at https://www.boston.gov/departments/property-management/how-hold-event-near-city-hall) as it appeared to the public on City of Boston's website on May 3, 2022.

**ANSWER TO REQUEST 15:**
Objection. The City objects to this request as it is unduly burdensome. The City object to this request on the grounds that it is not relevant and is not proportional to the needs of the case. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 16:**
Produce an electronic export of all records maintained in any City of Boston event-management, property-management, permitting, scheduling, reservation, or event-application database that correspond to the report produced in *Shurtleff v. City of Boston*, No. 1:18-cv-11417-DJC as Bates Nos. COB018275–COB018368 and marked as Depo. Rooney, Exhibit 29 (filed as Doc. 58-29 on 07/08/2019).The production should include all event records contained in the database from July 16, 2018 through the date of production and, if it cannot be produced in PDF format printable on 8.5" x 11" white paper, should be produced in any electronic format which does not require specialized software to use.

For each event record, further produce all electronically stored information (including fields, metadata, and collateral documents) about the following:

a. Event ID or unique identifier;
b. Event title;
c. Event description;
d. Applicant name;
e. Sponsoring organization;
f. Contact information;
g. Submission date;
h. Approval date;
i. Event date(s);
j. Start and end times;
k. Event location;
l. Event category or type;
m. Whether the event included a flag raising;
n. Whether the event was approved, denied, cancelled, withdrawn, or pending;
o. Any grant, fee waiver, permit, or financial assistance designation;
p. All notes, comments, status fields, and internal tracking fields associated with the event;
q. The identity of City personnel who created, modified, reviewed, approved, or denied the event record; and
r. The dates and times of any creation or modification of the record.

**ANSWER TO REQUEST 16:**
Objection. The City objects to this request as it is not reasonably limited in time and scope. The City objects to this request to the extent that it is vague and ambiguous. The City further objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Further, the City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 17:**
Produce all reports, exports, queries, dashboards, spreadsheets, or compilations generated from the database identified in the report produced in *Shurtleff v. City of Boston*, No. 1:18-cv-11417-DJC as Bates Nos. COB018275–COB018368 and marked as Depo. Rooney, Exhibit 29 (filed as Doc. 58-29 on 07/08/2019), including any report that lists events entered into the database, from July 16, 2018 to the present.

**ANSWER TO REQUEST 17:**
Objection. The City objects to this request as it is overly broad and unduly burdensome. Further, the City objects to this request as it seeks information protected by the attorney-client privilege and/or work product doctrine. The City objects to this request on the grounds that it is duplicative of one or more of Plaintiffs' prior requests, namely Request Number 16. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 18:**
Produce all documents and communications concerning the decision to suspend, place on hold, discontinue, close, modify, replace, or otherwise alter the City Hall flagpole program following the Supreme Court's decision in *Shurtleff v. City of Boston*.

**ANSWER TO REQUEST 18:**
Objection. The City objects to this request as it is not reasonably limited in time and scope. The City objects to this request to the extent that it is vague and ambiguous. The City further objects on the grounds that this request is overly broad, unreasonably cumulative, and unduly burdensome. Further, the City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 19:**
Produce all nonprivileged documents referring or relating to the City's decision to make the City Flagpoles operate as government speech rather than a public forum following *Shurtleff*.

**ANSWER TO REQUEST 19:**
Objection. City objects to this request to the extent that it is vague and ambiguous. The City further objects on the grounds that this request is overly broad and unduly burdensome. Further, the City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine and to the extent that it calls for a legal conclusion. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 20:**
Produce all communications from May 1, 2022 through August 11, 2022 that mention or refer to:

a. TST;
b. The Satanic Temple;
c. Shurtleff;
d. satanic flags;
e. religious flags;
f. closing the flagpole program;
g. suspending flag raisings;
h. public forum;
i. government speech; or
j. Ordinance § 1-3A.

**ANSWER TO REQUEST 20:**
Objection. City objects to this request to the extent that it is vague and ambiguous. The City further objects on the grounds that this request is overly broad and unduly burdensome. Further, the City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine and to the extent that it calls for a legal conclusion. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

**REQUEST FOR PRODUCTION 21:**
Produce all communications between May 2, 2022 and May 10, 2022 concerning:

a. the Supreme Court's decision in Shurtleff;
b. suspension of the City Hall flagpole program; or
c. requests to fly flags following Shurtleff.

**ANSWER TO REQUEST 21:**
Objection. City objects to this request to the extent that it is vague and ambiguous. Further, the City objects to this request to the extent that it seeks documents protected by the attorney-client privilege and/or work-product doctrine and to the extent that it calls for a legal conclusion. Subject to, and without waiving the foregoing objections, the City will produce all responsive and non-privileged documents, if any, in its possession, custody or control. The City reserves the right to supplement this response.

Respectfully submitted,

**CITY OF BOSTON**

By its attorney,

MICHAEL FIRESTONE
Corporation Counsel
*/s/ Edward F. Whitesell, Jr.*
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
Katherine Aubuchon-Jones (BBO#705490)
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045 (EFW)
(617) 635-2902 (KA-J)
edward.whitesell@boston.gov
katherine.aubuchonjones@boston.gov

Dated: August 17, 2026

**Certificate of Service**

I, Edward F. Whitesell, Jr., hereby certify that on August 17, 2026 a true copy of this document was served by email to the following:

Matt Kezhaya
matt@kezhaya.law

Nicholas Shapiro
nshapiro@phillips-angley.com

*/s/ Edward F. Whitesell, Jr.*
Edward F. Whitesell, Jr.