Outlook

## Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

**From** Edward Whitesell <edward.whitesell@boston.gov>
**Date** Tue 10/20/2026 1:21 PM
**To** Matt Kezhaya <matt@kezhaya.law>
**Cc** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>; Sonia Kezhaya <sonia@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>

Matt, I need to check in with Nina and Emily regarding what was happening with this case while I was on trial. I will give you a call this week when I have more information as to where we are with document production and addressing your deficiency letter. I will also review the emails and get them out to you as soon as I can. Assuming the Court allows the joint motion, we should have plenty of time to get you what we have and get depositions scheduled. One of the things I think we will get out to you this week is the screenshots of the webpage that we were able to obtain from the IT Department, but I need to confirm that with Emily.

**Edward F. Whitesell, Jr.**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. ***This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.*** The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Mon, Oct 19, 2026 at 11:12 AM Matt Kezhaya <matt@kezhaya.law> wrote:

> Nina,
>
> Following up on the request for a specific date in which you will provide a response to my deficiency letters dated September 30, 2026. Local rules give one week to respond. On the call, I was willing to extend that to October 16. You have unilaterally taken that extension further into this week.
>
> By end of day, please provide a date certain you will provide a formal response to my deficiency letters or I will assume no further efforts to meet and confer are forthcoming from the City.
>
> Matt Kezhaya
> 150 S. Fifth St., Suite 1850
> Minneapolis, MN 55402
> (612) 276-2216
> matt@kezhaya.law

---

**From:** Matt Kezhaya <matt@kezhaya.law>
**Sent:** Thursday, October 8, 2026 4:22:01 PM
**To:** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>
**Cc:** Edward Whitesell <edward.whitesell@boston.gov>; Sonia Kezhaya <sonia@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

I'll work up a proposed stipulation for amended scheduling order for your review. It will request a three-month extension on all deadlines, from October 16 onwards (*i.e.*, our MSJ deadlines will be pushed out as well).

Please provide a specific date you will provide a formal response to the deficiency correspondence, and a specific date by which you will provide the supplemental email discovery you have in mind.

Matt Kezhaya
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law

---

**From:** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>
**Sent:** Thursday, October 8, 2026 4:12 PM
**To:** Matt Kezhaya <matt@kezhaya.law>
**Cc:** Edward Whitesell <edward.whitesell@boston.gov>; Sonia Kezhaya <sonia@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

Hi Matt,

Just a few points of clarification.

COB will provide the privilege log on the two items mentioned by 10/16. Counsel will connect with you the following week regarding the formal response to the deficiency letters.

COB would welcome a longer extension - we suggest three months.

COB will provide the archived web pages that we have next week.

Regarding depositions, we will be providing supplemental email discovery and assume you will want to review those prior to noticing depositions.

Best,
Nina

**Katherine H. Aubuchon-Jones** (she/her)
Senior Assistant Corporation Counsel
City of Boston Law Department

City Hall, Room 615
(617) 635-2902
katherine.jones@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. **This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.** The information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Thu, Oct 8, 2026 at 4:40 PM Matt Kezhaya <matt@kezhaya.law> wrote:

Hi Nina,

Just recapping our telephone conversation.

COB agreed to provide a privilege log and a formal response to TST's deficiency correspondence by October 16, 2026.

We also talked about a stipulated motion to extend all deadlines by two months. I'm open to seeking a longer extension but am worried that asking for too long of an extension will get denied.

You also agreed to obtain a date (or dates, if multiple deponents) for a 30(b)(6) deposition of the City of Boston, to occur in November. More specific topics for examination to follow, but broadly: (1) the City's claim that it stopped taking applications, (2) the existence and whereabouts of documents which would shed light on that claim, (3) the circumstances leading up to the new ordinance; and (4) implementation of the new ordinance.

You also agreed to stipulate (or refuse) that the 30(b)(6) deposition(s) of COB will occur via Zoom.

Please correct or complete the foregoing recap if you contend I am mistaken.

Matt Kezhaya
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law

---

**From:** Matt Kezhaya <matt@kezhaya.law>
**Sent:** Thursday, October 8, 2026 11:54 AM
**To:** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>
**Cc:** Edward Whitesell <edward.whitesell@boston.gov>; Sonia Kezhaya <sonia@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

Sure that works, thanks.

Matt Kezhaya
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law

---

**From:** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>
**Sent:** Wednesday, 07 October 2026 11:02:25
**To:** Matt Kezhaya <matt@kezhaya.law>
**Cc:** Edward Whitesell <edward.whitesell@boston.gov>; Sonia Kezhaya <sonia@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

Could you do 4pm ET/3pm CT tomorrow?

Best,
Nina

**Katherine H. Aubuchon-Jones** (she/her)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
(617) 635-2902
katherine.jones@boston.gov

The information contained in this electronic transmission (“e-mail”), including any attachment (the “Information”), may be confidential or otherwise exempt from disclosure. It is for the addressee only. **This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.** The information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Wed, Oct 7, 2026 at 11:56 AM Matt Kezhaya <matt@kezhaya.law> wrote:

> Thanks, Nina. I’m generally available tomorrow and am also available Friday morning. I prefer tomorrow afternoon, if you are available then. Want to call it 2:00 pm Eastern / 1:00 pm Central Time?
>
> Matt Kezhaya
> 150 S. Fifth St., Suite 1850
> Minneapolis, MN 55402
> (479) 431-6112
> matt@kezhaya.law

**From:** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>
**Sent:** Wednesday, October 7, 2026 10:28 AM
**To:** Matt Kezhaya <matt@kezhaya.law>
**Cc:** Edward Whitesell <edward.whitesell@boston.gov>; Sonia Kezhaya <sonia@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

Hi Matt,

I can make myself available to discuss this week. When works for you?

Best,
Nina

**Katherine H. Aubuchon-Jones** (she/her)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
(617) 635-2902
katherine.jones@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. **This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.** The information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Wed, Oct 7, 2026 at 10:17 AM Matt Kezhaya <matt@kezhaya.law> wrote:

> Your deficiencies were too numerous for shorter letters. You already took a month's extension. I'll proceed as indicated.
>
> Matt Kezhaya
> 150 S. Fifth St., Suite 1850
> Minneapolis, MN 55402
> (612) 276-2216
> matt@kezhaya.law
>
> ---
>
> **From:** Edward Whitesell <edward.whitesell@boston.gov>
> **Sent:** Wednesday, 07 October 2026 09:12:22
> **To:** Matt Kezhaya <matt@kezhaya.law>
> **Cc:** Sonia Kezhaya <sonia@kezhaya.law>; Nina Aubuchon-Jones

<katherine.aubuchonjones@boston.gov>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

I am sitting in federal court on a trial right now. I won't be responding today but I will be sure the let Judge Kelley know the reason I could not respond if you are unwilling to extend a courtesy until the trial is over. Your letter is too lengthy to address in a short call.

**Edward F. Whitesell, Jr.**
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. ***This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.*** The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Wed, Oct 7, 2026, 10:03 AM Matt Kezhaya <matt@kezhaya.law> wrote:

Ted,

The local rules provide you one week to respond, which has come and gone without a response. If you do not make arrangements for a meet/confer by end of day today, as invited in the letters, I will assume that to mean you do not intend to make yourself available and will proceed accordingly.

Matt Kezhaya
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law

---

**From:** Edward Whitesell <edward.whitesell@boston.gov>
**Sent:** Wednesday, 30 September 2026 18:03:48
**To:** Matt Kezhaya <matt@kezhaya.law>
**Cc:** Sonia Kezhaya <sonia@kezhaya.law>; Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

I will see the letters first opportunity that I have. Have a good night.

**Edward F. Whitesell, Jr.**
Senior Assistant Corporation Counsel

City of Boston Law Department

City Hall, Room 615

Boston, MA 02201

(617) 635-4045

edward.whitesell@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. ***This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.*** The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Wed, Sep 30, 2026, 7:02 PM Matt Kezhaya <matt@kezhaya.law> wrote:

Thanks, Ted, but our invitation for a meet/confer remains. Document productions are one thing, but the interrogatory responses are another. See the letters for details. They comprehensively address what's outstanding.

All's well with us, hope the same for you all.

Matt Kezhaya
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law

---

**From:** Edward Whitesell <edward.whitesell@boston.gov>
**Sent:** Wednesday, September 30, 2026 5:59 PM
**To:** Sonia Kezhaya <sonia@kezhaya.law>
**Cc:** Nina Aubuchon-Jones <katherine.aubuchonjones@boston.gov>; Matt Kezhaya <matt@kezhaya.law>; Nicholas Shapiro <nshapiro@phillips-angley.com>
**Subject:** Re: TST v. Boston (1:25-cv-11024-AK) -- discovery deficiency letters

Matt,

We are not done producing documents. Emily and I are also starting the second of back to back federal trials on Monday and I plan to take a few days off after that. I will read your letter when I have some time and get back to you. Hope all is well.

Thanks,
Ted

**Edward F. Whitesell, Jr.**

Senior Assistant Corporation Counsel

City of Boston Law Department

City Hall, Room 615

Boston, MA 02201

(617) 635-4045

edward.whitesell@boston.gov

The information contained in this electronic transmission ("e-mail"), including any attachment (the "Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. ***This information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication.*** The Information may also be deliberative and pre-decisional in nature. As such, it is for internal use only. The Information may not be disclosed without the prior written consent of the Corporation Counsel of the City of Boston. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.

On Wed, Sep 30, 2026, 6:48 PM Sonia Kezhaya <sonia@kezhaya.law> wrote:

Dear Counsel,

Please see attached for discovery deficiency letters related to the City's August 17, 2026 discovery responses. We are in receipt of the recent discovery supplement but have not yet reviewed those documents, and those are not contemplated by these letters.

The letters specify timing for supplemental responses and suggested times for a meet and confer.

Thank you,

Sonia Kezhaya

**Kezhaya Law PLC**
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
sonia@kezhaya.law
kezhaya.law