**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**C.A. No. 1:25-cv-11024-AK**

**THE SATANIC TEMPLE, INC.,**
**Plaintiff**

**v.**

**CITY OF BOSTON,**
**Defendant.**

**PRIVILEGE LOG ASSOCIATED WITH THE CITY OF BOSTON'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (Bates Nos. COB 000924-COB000934)**

| Bates Nos. | Document Date(s) | Document / Information | Basis / Category of Privilege | Action |
|---|---|---|---|---|
| COB000924-COB000927 | 03/13/2024 | Memo from Nina Aubuchon-Jones, Assistant Corporation Counsel to Dion Irish, Chief of Operations, and Eamon Shelton, Commissioner of Property Management titled "Flag Raising Guidance." | Attorney/Client Privilege | Withheld |
| COB000928 | 10/06/2022 | Email from Assistant Corporation Counsel Jaclyn Munson to Dion Irish, Eamon Shelton, Clare Kelly, Chantal Barbosa, Neil Doherty, and Phyliss St-Hubert sending "Flag Raising Overview and Guidelines" memo. | Attorney/Client Privilege | Redacted |
| COB000929-COB000934 | 10/06/2022 | Memo from City of Boston Law Department to the Mayor's Office, Property Management, and Intergovernmental Relations titled "Flag Raising Overview and Guidelines." | Attorney/Client Privilege | Withheld |

Respectfully submitted,
**CITY OF BOSTON**

By its attorney,

MICHAEL FIRESTONE
Corporation Counsel

___/s/ Edward F. Whitesell, Jr.______
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
Katherine Aubuchon-Jones (BBO#705490)
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045 (EFW)
(617) 635-2902 (KA-J)
edward.whitesell@boston.gov
katherine.aubuchonjones@boston.gov

Dated: October 16, 2026

**Certificate of Service**

I, Edward F. Whitesell, Jr., hereby certify that on October 16, 2026, a copy of this document was served upon the plaintiff by electronic mail.

___/s/ Edward F. Whitesell, Jr.______
Edward F. Whitesell, Jr.