*Date* *May 03, 2022*

*To:* Ms. Erika Robbins

*For:* *General Function*

*To be held at:* *Boston City Hall Plaza*

*Description of Event:* *Satanic Appreciation Week July 23-29, 2022 (City Hall Plaza)*

The Property and Construction Management Department's Special Event Unit has received your request to use City facilities on the date(s) and time(s) listed below.

This Letter is not final approval for your event, it only confirms that the location requested is available on the above date and time and a temporary hold has been put into place for your event date.

However, the applicant must fill out a Public Event Permit Application which can be obtained from the Mayor's Office of Consumer Affairs and Licensing - Boston City Hall Room 817 or downloaded from the City of Boston website - www.cityofboston.gov/consumeraffairs/. A review of the application, once completed, will determine if a meeting with the Special Event Committee is warranted.

Sincerely,

Joseph Callahan

Deputy Commissioner of Property Management

Property and Construction Management Department

*6463*

| Event ID | Date | Start Time | End Time |
|---|---|---|---|
| 6463 | 7/23/2022 | 11:00 AM | 2:00 PM |
| 6463 | 7/29/2022 | 11:00 AM | 2:00 PM |

# Event Application ADMIN Page

**View the entire** list of applications.

**Event Application** #35320 **was submitted on:** 5/3/2022

## Contact Information

| | |
|---|---|
| **Contact Name:** | Erika Robbins |
| **Address:** | 64 Bridge Street<br>SALEM, MA 01970 |
| **Phone Number:** | Personally Identifiable Information |
| **E-Mail Address:** | erika@salemartgallery.com |

## Event Details

| | |
|---|---|
| **Name of Event:** | Satanic Appreciation Week |
| **Description:** | Raising (and later lowering) of the flag. |
| **Set-up Date:** | 07/23/2022 |
| Set-up Time: | 11 AM |
| **Event Start Date:** | 07/23/2022 |
| Event Start Time: | 11 AM |
| **Event End Date:** | 7/29/2022 |
| Event End Time: | 2 PM |
| **Break-down Date:** | 7/29/2022 |
| Break-down Time: | 2 PM |
| **Location(s):** | City Hall Flag Poles |
| **Entertainment:** | |
| **Attendees:** | 20 |
| **Granted?** | |
| Change the *granted* status to: | ◯ Yes ◯ No |

Submit

**From:** PMD_NoReply@cityofboston.gov <PMD_NoReply@cityofboston.gov>
**Sent:** Tuesday, May 03, 2022 1:06 PM EDT
**To:** Lisa.Lamberti@cityofboston.gov <Lisa.Lamberti@cityofboston.gov>
**Subject:** WWW / Event Application

Attention! This information was sent to you from the Property and Construction Management Department's Web Page!

Name: Erika Robbins
Phone: 501-351-5245
Email: erika@salemartgallery.com
Event: Satanic Appreciation Week
Location: City Hall Flag Poles
Event Start Date: 07/23/2022
Event Start Time: 11 AM
Event End Date: 7/29/2022
Event End Time: 2 PM

Log in and view the complete application at: http://www.cityofboston.gov/propertymanagement/admin.asp